In re Estate of Rosenberg.

[Cite as *In re Estate of Rosenberg* (2002), 94 Ohio St.3d 471.]

(No. 01–1984—Submitted February 27, 2002—Decided March 27, 2002.)

---

The judgment of the court of appeals is affirmed on the authority of *In re Estate of Roberts* (2002), 94 Ohio St.3d 311, 762 N.E.2d 1001.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

**LUNDBERG STRATTON, J., dissenting.** For the reasons set forth in my dissenting opinion in *In re Estate of Roberts* (2002), 94 Ohio St.3d 311, 762 N.E.2d 1001, I respectfully dissent.

---

*Barkan & Robon Ltd., Gregory R. Elder* and *William I. Barkan,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Barbara L. Barber,* Assistant Attorney General, for appellee.